# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**CHRISTOPHER TROY JONES**  **PLAINTIFF**
**ADC #132478**

**v.**     **Case No.: 5:07CV00076-SWW-BD**

**CHARLES FREYDER, et al.**     **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed any objections. After careful review of the Recommended Disposition, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Court hereby GRANTS the Defendants' Motion to Dismiss or in the Alternative Motion for Summary Judgment (#14), DISMISSES Plaintiff's Complaint (#2) with prejudice, and orders that the case be closed.

IT IS SO ORDERED this 4th day of January 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE